## AMENDMENT TO DEVELOPMENT AGREEMENT

This Amendment to Development Agreement (the "Agreement") is hereby made and entered into on __3/5/2022__ (the "Effective Date"), by and between: (i) SLLR Enterprises, LLC, a North Carolina limited liability company with a business address at 107 Parr Drive, Huntersville, NC 28078 ("Franchisor"); and (ii) __Rock Island Fitness, Inc.__, __Corporation__ a(n) with a business address at __14 White Pine Lane Setauket, NY 11733__ (collectively, the "Developer").

### BACKGROUND

A. On or around __April 24, 2021__, Franchisor and Developer entered into a development agreement (the "Development Agreement"), pursuant to which Developer obtained the right and undertook the obligation to develop five (5) RockBox Fitness franchised businesses (each, a "Franchised Business") within the following development area: Smithtown, NY; Port Jefferson, NY; Levittown, NY; Garden City, NY; and Woodbury, NY(the "Development Area") and in accordance with a mandatory development schedule (the "Development Schedule").

B. Developer recently approached Franchisor seeking to amend the Development Area set forth in the Development Agreement.

C. Franchisor is willing to amend the Development Agreement and Development Area, pursuant to the terms and conditions of this Agreement.

NOW THEREFORE, in consideration of the mutual agreements, covenants and promises contained in this Agreement and for other mutual consideration between the parties, the receipt and sufficiency of which is hereby acknowledged, the parties hereto agree as follows:

### AGREEMENT

1. **Background; Definitions.**

   a. The parties agree and acknowledge that the Background portion of this Agreement, including all definitions, representations and provisions set forth therein, is hereby incorporated by reference as if fully set forth in this Section.

   b. For purposes of this Agreement, if a capitalized term in this Agreement is not specifically defined herein, that term will be given the same definition that the term is afforded in the Development Agreement, as applicable.

2. **Development Schedule.** The Development Area described in Section 1 of Exhibit A to the Development Agreement is hereby removed in its entirety and replaced with the following updated development area: Hauppauge, NY; Levittown, NY; Centereach, NY; Port Jefferson, NY; Bellmore-Merrick, NY (the "Updated Development Area").

3. **Release.** As consideration for Franchisor entering into this Agreement, Developer, for itself and all persons and entities claiming by, through, or under it, hereby release, acquit and discharge Franchisor and its present and former officers, employees, shareholders, directors, agents, servants, representatives, members, affiliates, successors, and assign (the "Franchisor Releasees") from all claims, debts, demands, liabilities, costs, attorneys' fees, actions or causes of action, whether known or unknown, which Developer, by itself, on behalf of, or in conjunction with any person, persons, partnership or corporation, have, had or claims to have against the Franchisor Releasees arising out of or related to: (i) the

offer and sale of the rights under the Developer Agreement, or any other franchise rights granted by Franchisor as part of any other agreement entered into between Franchisor and Developer or affiliate of the same; (ii) the parties' respective rights and obligations under the Development Agreement; and any other franchise agreement or other contract that Developer has entered into with any Franchisor Releasee that have accrued as of the date of this Agreement; or (iii) any other franchise-related statute, law or regulation that is applicable to the parties' relationship. Developer represents and warrants that it (a) has not assigned any of the claims released in this Section, and (b) will not initiate, or assist or cooperate with any third party in connection with, an action or other proceeding against any Franchisor Releasees in connection with the claims released in this Section.

4. **Acknowledgment.** The foregoing terms in this Agreement have been mutually negotiated by Franchisor and Developer and all such changes to the Development Agreement have been made at Developer's request and for its benefit. Franchisor has not unilaterally imposed any of the revisions discussed in this Agreement on Developer.

5. **Sale or Assignment.** Developer's rights under this Agreement are personal and Developer may not sell, transfer, or assign any right granted herein without Franchisor's prior written consent, which may be withheld in its sole discretion.

6. **Confidentiality.** Developer agrees to maintain the confidentiality of this Agreement and must not disclose the terms of this Agreement to any person or persons, except (a) its professional advisors for legitimate business purposes or otherwise as required by law, or (b) as Franchisor otherwise approves in writing in advance of such disclosure.

7. **Construction of Language.** The language of this Agreement will be construed according to its fair meaning, and not strictly for or against either party. The parties have had a reasonable opportunity to review this Agreement. In the event of an ambiguity or if a question of intent or interpretation arises, this Agreement shall be construed as if drafted jointly by all of the parties, and no presumptions or burdens of proof shall arise in favor of any party by virtue of the authorship of any of the provisions of this Agreement. Headings are for reference purposes and do not control interpretation.

8. **Entire Agreement.** The Development Agreement and this Agreement constitute the entire, full, and complete agreement between the parties concerning the matters herein and supersede any and all prior agreements. In the event of a conflict between the terms of the Development Agreement and this Agreement, the terms of this Agreement shall control. Except as amended by this Agreement, all the other terms and conditions of the Development Agreement are hereby ratified and confirmed, including the provisions related to governing law, venue, dispute resolution, waivers and other enforcement-related provisions that shall also apply to all claims, disputes or causes of action arising out of or related to this Agreement.

*[The remainder of this page is left intentionally blank. Signatures to appear on the following page.]*

**IN WITNESS WHEREOF, the parties hereto, intending to be legally bound, have duly executed and delivered this Agreement on the date first written above.**

| FRANCHISOR | DEVELOPER |
|---|---|
| **SLLR ENTERPRISES, LLC** | **ROCK ISLAND FITNESS, INC.** |
| By: _[signature]_ | By: _[signature]_ |
| Name: Roger Martin | Name: Doreen Colombo |
| Title: CEO | Date: 3/4/2022 |
| Date: 3/5/2022 | |
| | By: _[signature]_ |
| | Name: Joe Colombo |
| | Date: 3/4/2022 |