# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

SLLR Enterprises, LLC

    *Plaintiff*

v.

3MJ Fitness, Inc., Rock Island Fitness, Inc., Joseph Columbo, Doreen Columbo

    *Defendant*

Civil Action No. 3:25-cv-00648

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    Doreen Columbo
    14 White Pine Lane
    Setauket, NY 11733

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    SLLR Enterprises, LLC
    c/o Elizabeth Vennum
    Hull & Chandler
    1009 East Boulevard
    Charlotte, NC 28203

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date: 08/28/2025

Katherine Hord Simon, Clerk
United States District Court

**Civil Action No.** 3:25-cv-00648

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)* _____
**was received by me on** *(date)* _____.

☐ **I personally served the summons on the defendant at** *(place)*_____
  **on** *(date)* _____; or

☐ **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

☐ **I served the summons on** *(name of individual)* _____, **who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____; or

☐ **I returned the summons unexecuted because** _____; or

☐ **Other** *(specify)*:
  _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                              **Server's signature**

                                         _____
                                              **Printed name and title**

                                         _____
                                              **Server's address**

**Additional information regarding attempted service, etc:**