UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

SLLR Enterprises, LLC

*Plaintiff*

v.  Civil Action No. 3:25-cv-00648

3MJ Fitness, Inc., Rock Island Fitness, Inc., Joseph Columbo, Doreen Columbo

*Defendant*

**SUMMONS IN A CIVIL ACTION**

**TO:** *(Defendant's name and address)*

Joseph Columbo
14 White Pine Lane
Setauket, NY 11733

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

SLLR Enterprises, LLC
c/o Elizabeth Vennum
Hull & Chandler
1009 East Boulevard
Charlotte, NC 28203

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

*Katherine Hord Simon, Clerk*
*United States District Court*

Date: 08/28/2025

**Civil Action No.**  3:25-cv-00648

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)* _____

**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at** *(place)*_____
**on** *(date)* _____; **or**

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏ **I served the summons on** *(name of individual)* _____, **who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____; **or**

❏ **I returned the summons unexecuted because** _____; **or**

❏ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                              **Server's signature**

                                          _____
                                                              **Printed name and title**

                                          _____
                                                              **Server's address**

**Additional information regarding attempted service, etc:**