**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Civil Action No. 3:25-cv-00648**

| | |
|---|---|
| SLLR Enterprises, LLC<br><br><br>**Plaintiff,**<br><br>**v.**<br><br><br>**3MJ Fitness, Inc., Rock Island Fitness, Inc.,**<br>**Joseph Columbo, Doreen Columbo**<br><br><br>**Defendants.** | <br><br><u>**Voluntary Dismissal with Prejudice**</u> |

Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dismisses this action with prejudice as no defendant has served an answer or a motion for summary judgment. Each party shall bear its own fees and costs.

Respectfully submitted,

This the 1st day of October, 2025

**HULL & CHANDLER**

By:     /s/ Elizabeth Vennum
        Elizabeth Vennum
        NC State Bar No. 49747
        Counsel for Defendant
        Hull & Chandler
        1009 East Boulevard
        Charlotte, North Carolina 28203
        Telephone: (704) 375-8488
        Fax: (704) 375-8487
        E-mail: lvennum@lawyercarolina.com